An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN SAMUEL BRAUNSTEIN,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 64997

**FILED**

APR 10 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from an order denying a "motion for certification of subject matter jurisdiction" and a finding of vexatious litigant. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

Because no statute or court rule permits an appeal from an order denying the abovementioned motion and finding, we lack jurisdiction.[1] *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, C.J.
Gibbons

_____, J.
Pickering

_____, J.
Parraguirre

[1] We note that appellant may seek review of the vexatious-litigant-finding in an original petition for a writ of mandamus. *See Peck v. Crouser*, 129 Nev. ___, ___, 295 P.3d 586, 588 (2013).

SUPREME COURT
OF
NEVADA

(O) 1947A

cc: Hon. Michael Villani, District Judge
Steven Samuel Braunstein
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A